FILED

02/12/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0656

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0656 and DA 25-0072
_____

PETRICH FAMILY LIMITED PARTNERSHIP,

        Claimant, Appellee,
        and Cross-Appellant.

    v.

TROUT UNLIMITED,

        Objector, Appellant,
        and Cross-Appellee.

_____               O R D E R

JAMES R. MELIN,

        Claimant, Appellee,
        and Cross-Appellant,

    v.

TROUT UNLIMITED,

        Objector, Appellant,
        and Cross-Appellee.

_____

Clark Fork Coalition moves for leave to participate as *amicus curiae* in these consolidated cases. Good cause appearing,

IT IS HEREBY ORDERED that Clark Fork Coalition's motion for leave to participate as amicus curiae is GRANTED. Clark Fork Coalition shall prepare, file, and serve its brief no later than April 7, 2025.

The Clerk is directed to provide a copy of this Order to all counsel of record and to the Clerk of the Montana Water Court.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 12 2025